Opinion issued January 8, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00315-CV






LONNIE E. VAUGHAN, Appellant


V.


ELBAR INVESTMENTS, INC. AND PRAEDIUM II STAR TWO, L.P.,
Appellees






On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 






MEMORANDUM OPINION Appellant, Lonnie E. Vaughan, has failed to timely file a brief. See Tex. R.
App. P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal
was subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 We dismiss the appeal for want of prosecution for failure to timely file a brief
and deny all pending motions.PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.